# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KIMBERLY JACKSON**  **PLAINTIFF**
**ADC #708864**

v.  No: 3:20-cv-00128 DPM-PSH

**NICOLE LANG,** *et al.*[1]  **DEFENDANTS**

## ORDER

Having reviewed Kimberly Jackson's amended complaint (Doc. No. 5) for screening purposes,[2] it appears that service is appropriate on her claims. The Clerk of the Court shall prepare summonses for the defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 5) and summonses on them without prepayment of fees and costs or security therefor. Defendants should be served through the ADC Compliance Division.[3]

---

[1] The Clerk of Court is directed to remove the Doe defendants from the style of the case because Jackson does not list or describe any Doe defendants in her amended complaint.

[2] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[3] **Error! Main Document Only.** If the defendant is no longer an ADC employee, the individual responding to service is instructed file a notice informing the Court.

IT IS SO ORDERED this 27th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE