# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KIMBERLY JACKSON**                                                    **PLAINTIFF**
**ADC #708864**

v.                      **No: 3:20-cv-00128 DPM-PSH**

**NICOLE LANG,** *et al.*                                       **DEFENDANTS**

## ORDER

Before the Court is a motion in limine filed by Plaintiff Kimberly Jackson (Doc. No. 16) and a response filed by the defendants (Doc. No. 17). Jackson's motion is denied without prejudice as premature. Jackson should not submit evidence to the Court unless it is attached to a motion for summary judgment or in response to a motion for summary judgment, or if the court orders such evidence be submitted. *See* Doc. No. 4 at 3. This case is in an early stage, and no deadlines have been set for dispositive motions.

IT IS SO ORDERED this 18th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE