# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KIMBERLY JACKSON**                                        **PLAINTIFF**
**ADC #708864**

**v.**                          **No: 3:20-cv-128-DPM-PSH**

**NICOLE LANG, Chaplain,**
**McPherson Unit; TONI BRADLEY,**
**Warden, McPherson Unit; and**
**WILLIAM STRAUGHN, Deputy**
**Director of Institutions, ADC**                    **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Motion to voluntarily dismiss, *Doc. 29*, granted.  Jackson's complaint will be dismissed without prejudice.

**3.** Motion for summary judgment, *Doc. 25*, denied without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2020