IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KIMBERLY JACKSON**  **PLAINTIFF**
ADC #708864

v.  No: 3:20-cv-128-DPM

**NICOLE LANG, Chaplain,**
**McPherson Unit; TONI BRADLEY,**
**Warden, McPherson Unit; DOES,**
**Administration ADC; and**
**WILLIAM STRAUGHN, Deputy**
**Director of Institutions, ADC**  **DEFENDANTS**

## JUDGMENT

Jackson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 October 2020